interests (*see Matter of Clifton ZZ. [Latrice ZZ.]*, 75 AD3d 683, 685 [2010]; *Darren V.*, 61 AD3d at 988; *Matter of Lord-El T.*, 260 AD2d 955, 956 [1999]; *Grace Q.*, 200 AD2d at 896). The mother's remaining contentions are either not preserved for our review or are without merit. Present—Smith, J.P., Fahey, Lindley and Martoche, JJ.

■ In the Matter of MELAKHAI P., an Infant. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ELIZA P., Appellant. (Appeal No. 2.) [939 NYS2d 915]—Appeal from an order of the Family Court, Oneida County (Randal B. Caldwell, J.), entered June 28, 2010 in a proceeding pursuant to Social Services Law § 384-b. The order, inter alia, terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Jhanelle B.* (93 AD3d 1201 [2012]). Present—Smith, J.P., Fahey, Lindley and Martoche, JJ.

■ In the Matter of OCTAVIA S., an Infant. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ELIZA P., Appellant. (Appeal No. 3.) [939 NYS2d 916]—Appeal from an order of the Family Court, Oneida County (Randal B. Caldwell, J.), entered June 28, 2010 in a proceeding pursuant to Social Services Law § 384-b. The order, inter alia, terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Jhanelle B.* (93 AD3d 1201 [2012]). Present—Smith, J.P., Fahey, Lindley and Martoche, JJ.

■ In the Matter of JUDY A. KAVANAUGH, Respondent, v LAWRENCE M. KAVANAUGH, JR., Appellant. [939 NYS2d 916]—Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered January 19, 2011 in a proceeding pursuant to Family Court Act article 4. The order denied the objections of respondent to the order of the Support Magistrate.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 14, 2012,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Peradotto, Lindley and Martoche, JJ.

■ WELLESLEY ISLAND WATER CORP., Appellant, v WELLS ISLAND REALTY CORP. et al., Respondents, et al., Defendants. [939